# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM CHANDLER, ) | |
| ) | CASE NO. C08-4050 MWB |
| Petitioner, ) | CR04-4102 MWB |
| ) | |
| vs. ) | JUDGMENT |
| ) | ON |
| ) | 2255 |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Respondent, ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Petitioner's Pro Se Motion Under 28 U.S.C. § 2255 is denied in it's entirety. Petitioner take nothing, and this matter is dismissed in its entirety.

IT IS FURTHER ORDERED that a certificate of appealability will not issue for any claim or contention in this case.

DATED: December 2, 2009

Robert L. Phelps
Clerk of Court

S/src
BY: Deputy Clerk